■ EDWARD CUNNINGHAM, III, Appellant, v LECHASE CONSTRUCTION et al., Respondents. FREDERICO WRECKING CO., INC., Third-Party Plaintiff-Appellant, v CONTOUR ERECTION AND SIDING SYSTEMS, INC., Third-Party Defendant-Respondent. LECHASE CONSTRUCTION SERVICES, LLC, et al., Third-Party Plaintiffs-Appellants, v CONTOUR ERECTION AND SIDING SYSTEMS, INC., Third-Party Defendant-Respondent. [934 NYS2d 731]—

It is hereby ordered that the order so appealed from is unanimously modified on the law by denying those parts of the motions of defendants-third-party plaintiffs and third-party defendant seeking summary judgment dismissing the Labor Law § 240 (1) claim and the Labor Law § 241 (6) claim to the extent that it is premised on a violation of 12 NYCRR 23-3.3 (h), reinstating those claims and denying that part of the motion of third-party defendant seeking summary judgment dismissing the third-party complaints and reinstating the third-party complaints, and as modified the order is affirmed without costs (*see Charney v LeChase Constr.*, 90 AD3d 1477 [2011]). Present—Scudder, P.J., Smith, Centra, Green and Gorski, JJ.